UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 13-181 (SRC) |
| v. : | Hon. Stanley R. Chesler |
| : | ORDER FOR CONTINUANCE |
| LUIS RODRIGUEZ-HIRALDO : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Luis Rodriguez-Hiraldo (by Stacy Richman, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this Order through July 29, 2013 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court and that a continuance shall serve a delay a trial in this matter, and the defendant through his attorney having consented to the continuance, and no prior continuances having been granted by this Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are expected to commence soon and both the United States and the Defendant seek additional time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 17 day of ~~March~~ April, 2013,

ORDERED that this action be, and hereby is, continued from the date of this Order through July 29, 2013; defense motions, if any, are to be filed by June 25, 2013, opposition to defense motions are to be filed by July 5, 2013, and motions shall be heard (if necessary) on July 19, 2013, and the trial shall be scheduled for July 29, 2013, absent any other reason to continue the proceedings; and it is further

ORDERED that the period from the date of this Order through July 29, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Consented and Agreed By

Stacy Richman, Esq.
Counsel for Defendant Luis Rodriguez-Hiraldo

Nicholas P. Grippo
Assistant United States Attorney